IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Robert Louis Garrett, Jr., | ) | C/A No. 0:18-1417-CMC-PJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Randall Fowler, Jr.; Lasley; DeGeorgis; Wantonta Golden; Jeff Bilyeu; R. Blackburn; Kenneth Myers; James Jennings; Nathan Rice; Christopher Monaco; Sgt. Campbell; Lt. Rendell Berry, | ) | |
| Defendants. | ) | |

Plaintiff filed this civil action in May 2018. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On October 11, 2019, the court granted the defendants' motion for an extension of the deadline for filing dispositive motions until November 24, 2019.[1] (ECF No. 226.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **January 29, 2020** and advise the court as to whether the case is ready for trial as to the claims against Defendants Fowler, Jr.; Lasley; DeGeorgis; Golden; Bilyeu; Blackburn; Myers; Jennings; and Rice. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

---

[1] Defendants Monaco, Campbell, and Berry were added as parties to this action on October 17, 2019 when the court granted Plaintiff leave to file an Amended Complaint. (ECF Nos. 229 & 231.) Accordingly, upon these defendants' appearance in this matter, a separate scheduling order will issue.

**IT IS SO ORDERED.**

January 22, 2020
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE