IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robert Louis Garrett, Jr., <br><br>        Plaintiff <br>   v. <br><br> Randall Fowler, Jr; Lasley; DeGeorgis; Wantonta Golden; Jeff Bilyeu; R. Blackburn; Kenneth Myers; James Jennings; Nathan Rice; Christopher Monaco; Sgt. Campbell; Lt. Rendell Berry, <br>        Defendants. | C/A. No. 0:18-1417-CMC-PJG <br><br><br> Order |

This matter is before the court on Plaintiff's motion for extension of time to file objections to the Report and Recommendation (ECF No. 351).[1] Plaintiff requests a 30 to 45-day extension in which to file his objections. This request is related to typewriter access and his difficulty handwriting pleadings.

Plaintiff's motion for extension is granted in part, and he shall have until April 2, 2021 to file his objections to the Report in the above captioned case. As his facility is on lockdown, it may not be feasible to allow him typewriter access; however, the court will continue to pursue further information regarding the issues raised in the Motion for Temporary Restraining order.

**IT IS SO ORDERED.**

                                                    s/Cameron McGowan Currie
                                                    CAMERON MCGOWAN CURRIE
                                                    Senior United States District Judge

Columbia, South Carolina
February 26, 2021

---

[1] Plaintiff has also filed a motion for temporary restraining order (ECF No. 350) regarding the use of a typewriter despite the facility lockdown. The court has ordered Defendants to respond to that motion.