IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robert Louis Garrett, Jr., <br><br>   Plaintiff<br> v.<br><br>Randall Fowler, Jr; Lasley; DeGeorgis; Wantonta Golden; Jeff Bilyeu; R. Blackburn; Kenneth Myers; James Jennings; Nathan Rice; Christopher Monaco; Sgt. Campbell; Lt. Rendell Berry,<br>   Defendants. | C/A. No. 0:18-1417-CMC-PJG<br><br><br>Order |

  This matter is before the court on Plaintiff's second motion for extension of time to file objections to the Report and Recommendation. ECF No. 372. Plaintiff requests an additional extension as his typewriter ribbon has run out of ink and he experiences extreme pain when attempting to write by hand. He requests an ink ribbon and then seven days extension to file his objections.

  Plaintiff's motion for extension is granted, and he shall have until April 30, 2021 to file his objections to the Report in the above captioned case. Although Plaintiff also referenced a response to summary judgment and affidavit in support, the court notes the motion for summary judgment is addressed in the Report and Recommendation of the Magistrate Judge, and at this stage in the proceedings Plaintiff should file objections to the Report instead of a response to summary judgment. The court hereby requests the South Carolina Department of Corrections supply a typewriter ink ribbon to Plaintiff no later than April 19, 2021.

Plaintiff is hereby put on notice no further extensions will be granted absent extraordinary circumstances not concerning the typewriter.

**IT IS SO ORDERED.**

<u>s/Cameron McGowan Currie</u><br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
April 12, 2021